1  Gregory S. McElroy, WSBA No. 15494
2  McElroy Law Firm, PLLC
3  1808 N. 42nd Street
   Seattle, WA 98103
4  (206) 654-4160
5  (206) 654-4161 Facsimile
   gmcelroy@mcelroylaw.com
6

7                UNITED STATES DISTRICT COURT
8             FOR THE EASTERN DISTRICT OF WASHINGTON
9

10 VICTOR C. JANSEN, an individual;
11 and RECisEXCEPTIONAL, a                   No. CV-10-068-EFS
   Washington unincorporated association;
12                                           NOTICE OF DISMISSAL WITH
13         Plaintiffs,                       PREJUDICE UNDER FRCP
                                             41(a)(1)(A)(i)
14    vs.
15
16 REC SILICON INC, a Delaware
   corporation; REC SOLAR GRADE
17 SILICON, LLC, a Delaware limited
18 liability company; and REC
   ADVANCED SILICON MATERIALS
19 LLC, a Delaware limited liability
20 company, and the WASHINGTON
   STATE DEPARTMENT OF
21 ECOLOGY, an agency of the State of
22 Washington;
23         Defendants.
24
25

NOTICE OF DISMISSAL WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(i)–1

McELROY LAW FIRM, PLLC
1808 NORTH 42ND STREET
SEATTLE, WASHINGTON 98103
TELEPHONE (206) 654-4160
FACSIMILE (206) 654-4161
www.mcelroylaw.com

1  Plaintiffs, Victor C. Jansen and RECisEXCEPTIONAL, hereby file this
2  notice of dismissal with prejudice and without attorneys' fees or costs under FRCP
3  41(a)(1)(A)(i) as a matter of right. Service on defendants named in the above
4
5  captioned matter has not been perfected and no parties have appeared or
6  answered.
7  RESPECTFULLY submitted April 8, 2010.
8
9  McELROY LAW FIRM, PLLC
10 /s/ Gregory S. McElroy
11 Gregory S. McElroy, WSBA No. 15494
   Attorney for Plaintiffs, Victor C. Jansen and
12 RECisEXCEPTIONAL.com
13
14 McElroy Law Firm, PLLC
   1808 N. 42nd Street
15 Seattle, WA 98103
   (206) 654-4160
16 (206) 654-4161 Facsimile
17 gmcelroy@mcelroylaw.com

NOTICE OF DISMISSAL WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(i)–2

McELROY LAW FIRM, PLLC
1808 NORTH 42ND STREET
SEATTLE, WASHINGTON 98103
TELEPHONE (206) 654-4160
FACSIMILE (206) 654-4161
www.mcelroylaw.com