UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTOR C. JANSEN, and RECisEXCEPTIONAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>REC SILICON INC., REC SOLAR GRADE SILICON, LLC, REC ADVANCED SILICON MATERIALS LLC, and WASHINGTON STATE DEPARTMENT OF ECOLOGY,<br><br>    Defendants. | NO. CV-10-68-EFS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COMPLAINT** |

   Before the Court, without oral argument, is Plaintiffs' Notice of Dismissal with Prejudice.  (Ct. Rec. 2.) Plaintiff seeks to voluntarily dismiss the above-captioned matter pursuant to Federal Rule of Civil Procedure 41(a). Defendants have not been served in this action.

   Accordingly, **IT IS HEREBY ORDERED:**

   1. Plaintiff's Motion to Voluntarily Dismiss Complaint **(Ct. Rec. 2)** is **GRANTED**.

   2. Judgment of dismissal shall be entered **with prejudice.**

   3. This file shall be closed.

ORDER * 1

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this ____8th_____ day of April 2010.

                              S/ Edward F. Shea
                              EDWARD F. SHEA
                     United States District Judge

Q:\Civil\2010\68.vol.dismiss.wpd

ORDER * 2